Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| In the Matter of the Search of | |
|---|---|
| *(Briefly Describe the property to be searched or identify the person by name and address)* | |
| A single-family residence located at 1779 S. Appaloosa Ave., #238, Whiteriver, AZ – approximate coordinates 33.80714, -109.99319, on the Fort Apache Indian Reservation. | Case No. 21-5312MB |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

    An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of ___Arizona___.
(identify the person or describe the property to be searched and give its location):

### As further described in Attachment A.

    The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

### As set forth in Attachment B.

    I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before __12/20/21__.
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.
☐ at any time in the day or night as I find reasonable cause has been established.

    Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

    The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the United States Magistrate Judge on duty.

_____
            *(name)*

    ☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (*check the appropriate box*)      ☐ for 30 days (*not to exceed 30*)
                                    ☐ until, the facts justifying, the later specific date of _____

Date and time issued: Dec. 6, 2021 @ 2:26 pm      _Deborah M. Fine_
                                                          *Judge's signature*

City and State: Phoenix, Arizona      Honorable Deborah M. Fine, U.S. Magistrate Judge
                                              *Printed name and title*

# ATTACHMENT A

*Property to be searched*

This warrant applies to the following:

A single-family residence located at 1779 S. Appaloosa Ave., #238, Whiteriver, AZ – approximate coordinates 33.80714, -109.99319, on the Fort Apache Indian Reservation

# ATTACHMENT B

*Property to be seized*

a. Photographs of the scene;

b. Samples of presumed blood located at the residence;

c. Duct tape and any other tape, whether appearing to be used or unused;

d. Knives;

e. Photographs of indicia which could identify the occupants of the residence;

f. Any obvious contraband.

AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

| | Return | |
|---|---|---|
| Case No.: 21-5312 MB | Date and time warrant executed: 12/6/2021   3:55 PM | Copy of warrant and inventory left with: Inside residence searched |
| Inventory made in the presence of: Residence was unoccupied | | |

Inventory of the property taken and name of any person(s) seized:

- Roll of duct tape from living room
- Lengths of duct tape from bathroom trash
- swabs of presumed blood from living room and bathroom
- Digital photographs of the scene (captured by Agents)

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/6/2021

_Executing officer's signature_

Scott E. Flake, Special Agent,
_Printed name and title_     FBI

Application for a Search Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

In the Matter of the Search of
*(Briefly Describe the property to be searched or identify the person by name and address)*

A single-family residence located at 1779 S. Appaloosa Ave., #238, Whiteriver, AZ – approximate coordinates 33.80714, -109.99319, on the Fort Apache Indian Reservation

Case No. 21-5312mB

## APPLICATION AND AFFIDAVIT FOR A SEARCH WARRANT

I, SA Scott E. Flake, a federal law enforcement officer, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property (*identify the person or describe the property to be searched and give its location*):

### As further described in Attachment A.

Located in the District of __Arizona__ , there is now concealed (*identify the person or describe the property to be seized*):

### As set forth in Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code/Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1153, 113(a)(3) | CIR-Assault with a dangerous weapon. |
| 18 U.S.C. §§ 1153, 113(a)(6) | CIR-Assault resulting in serious bodily injury. |
| 18 U.S.C. §§ 1153, 1201(a)(2) | CIR-Kidnapping |

The application is based on these facts:

### As set forth in Attachment C, incorporated herein by reference.

☒ Continued on the attached sheet.
☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by AUSA Thomas Simon
*Sworn Telephonically*

_____
*Applicant's Signature*

Scott E. Flake SA, FBI
*Applicant's printed name and title*

Date issued: Dec. 6, 2021 @ 2:26pm

_____
*Judge's signature*

City and State: Phoenix, Arizona

Honorable Deborah M. Fine, U.S. Magistrate Judge.
*Printed name and title*

**ATTACHMENT A**

*Property to be searched*

This warrant applies to the following:

A single-family residence located at 1779 S. Appaloosa Ave., #238, Whiteriver, AZ – approximate coordinates 33.80714, -109.99319, on the Fort Apache Indian Reservation

**ATTACHMENT B**

*Property to be seized*

a.  Photographs of the scene;

b.  Samples of presumed blood located at the residence;

c.  Duct tape and any other tape, whether appearing to be used or unused;

d.  Knives;

e.  Photographs of indicia which could identify the occupants of the residence;

f.  Any obvious contraband.

## ELECTRONICALLY SUBMITTED AFFIDAVIT IN SUPPORT OF APPLICATION FOR A SEARCH WARRANT

Your Affiant, Scott E. Flake, being duly sworn, states as follows:

1.     Affiant is a Special Agent with the Federal Bureau of Investigation (FBI), and has been employed as such for more than eighteen (18) years.  As a Special Agent of the FBI, Affiant is an investigative or law enforcement officer within the meaning of Section 2510(7) of Title 18 United States Code, that is, Affiant is an officer of the United States, who is authorized by law to conduct investigations of and make arrests for offenses enumerated in, Title 18.

2.     Affiant is currently assigned to the FBI Phoenix Division, Pinetop-Lakeside Resident Agency, where he has been assigned for more than six (6) years.  Affiant's duties include the investigation of violent crimes occurring on the Fort Apache Indian Reservation (FAIR), within the District of Arizona. The following information regarding a December 5, 2021 assault on the FAIR of D.M., by Triston Joey Cheney, year of birth, 1999 (hereafter referred to as "Triston") and Sterling Wayne Cheney, year of birth, 1979 (hereafter referred to as "Sterling"), was learned by your affiant either through personal investigation and/or observation, review of reports, and/or through discussions with other law enforcement agents and/or persons.

3.     The facts and circumstances of this investigation, as set forth below, establish probable cause to support search warrants for the following: 1) a physical search of a single family residence located at approximate GPS coordinates of 33.80714, -109.99319, with address 1779 S. Appaloosa Ave #238, Whiteriver, Arizona; 2) a known DNA sample and known fingerprint samples from Triston Cheney; and 3) a known DNA sample and known fingerprint samples from Sterling Cheney. Criminal offenses involved in this investigation include Assault with a Dangerous Weapon, Assault Resulting in Serious Bodily Injury, and Kidnapping, which crimes occurred within the territorial boundaries of the FAIR, within the District of Arizona, in violation of Title 18 U.S.C.

§§1153 and 113(a)(3), 18 U.S.C. §§1153 and 113(a)(6), and 18 U.S.C. §§ 1201(a)(2). In describing events below, Affiant does not include all facts known to him, but provides facts sufficient to establish probable cause that federal crimes occurred, and that evidence related to these crimes will be found at the address listed above, and on the persons of Triston Cheney and Sterling Cheney.

4.     At approximately 12:05 PM on December 5, 2021, Affiant was notified by officers of the White Mountain Apache Tribe (WMAT) Police Department (PD) that D.M. had been walking to the home of an acquaintance to watch football when Triston invited him to come and drink.    D.M. went with Triston to Triston's and Sterling's house (later identified as 1779 S. Appaloosa Ave., Whiteriver, Arizona). After having some drinks, D.M. noticed Triston and Sterling signaling to each other with hands before they grabbed him, held him down, and tried to put duct tape on his neck. D.M. fought his way out. D.M. went to the bathroom in Triston's and Sterling's house and started removing duct tape when he noticed a large cut on his face which would not stop bleeding. D.M. left and went to a relative's house for assistance. Emergency Medical Services (EMS) and police arrived. Officers described the cut in D.M.'s face as going from his left temple area down to his jaw. When officers asked D.M. why they assaulted him, D.M. indicated they accused him of being a snitch.

5.     WMAT PD officers went to Triston's and Sterling's house, 1779 S. Appaloosa Ave., Whiteriver, Arizona, and made contact with Triston in the back yard. Officers noticed what appeared to be blood on Triston's clothes. Officers also noticed what appeared to be blood on the floor in the house, visible through the open back door. Officers asked Triston for permission to enter the house to check for injured persons, which Triston gave. Officers entered the house and found what appeared to be blood inside the house to include in the bathroom. They also noticed duct tape in the bathroom. Triston claimed the blood on him was from when he fell, though he had no visible injuries. Officers arrested Triston and departed the scene.

2

6.     On December 5, 2021, at approximately 1:30 PM, after being made aware that Triston had been booked at the WMAT Department of Corrections, Affiant collected Triston's clothes as evidence, and observed the clothes had stains which appeared consistent with dried blood.

7.     At approximately 3:00 PM on December 5, 2021, Affiant called the Indian Health Services (IHS) hospital in Whiteriver, Arizona. The hospital confirmed D.M. was still there, but they were working on transferring him out to a higher level of care. Affiant went to the hospital and spoke with D.M. who confirmed information previously provided by him to WMAT PD. He also indicated Triston was the one who put duct tape on his hands, mouth, and neck, while Sterling was the one who cut him with a knife, described as a black folding knife with a blade approximately four inches long. D.M. described Sterling Cheney as being bald, in his late 40's, medium height and a little chubby. D.M. also indicated Sterling wears an ASU (Arizona State University) shirt and hat. D.M. indicated he was previously acquainted with Triston and Sterling and was sure they were the ones who assaulted him. D.M. described the house where the assault took place, and also pointed out the house on Google maps. Affiant observed the cut on D.M.'s face to be from above his left ear to near the left corner of his mouth, approximately five (5) to six (6) inches long. The cut appeared to have been stitched already by medical personnel. D.M. allowed Affiant to collect a known DNA sample from him. D.M. indicated he left the duct tape he took off of himself in the bathroom at the house where the assault took place.

8.     At approximately 4:00 PM, Affiant and a WMAT PD officer went back to the house (1779 S. Appaloosa Ave., Whiteriver, Arizona) to seek consent to search the house. Upon arrival, Agent and officer observed a male wearing a long-sleeve, maroon, ASU shirt and a black ASU hat. He indicated he lived at the house and provided his name as Sterling. When asked, Sterling declined consent to search the house. He indicated he did not own the house but confirmed he lived there. The WMAT PD officer, after being

3

made aware of the description of Sterling from D.M., detained Sterling and placed him in handcuffs. In frisking Sterling, the officer located on his person a folding knife, mostly black in color, of similar size to that described by D.M. After Sterling indicated he did not have a key to the house, Affiant checked the doors and ensured they were locked. The WMAT PD officer eventually arrested Sterling and booked him at the WMAT Department of Corrections. While at IHS hospital getting Sterling medically cleared for detention, Affiant overheard the officer speaking with D.M., who was still there awaiting transfer. D.M. described Sterling as the one who cut his face, and described his clothes as a long-sleeved, maroon ASU shirt. The WMAT PD officer indicated to Affiant that he would seize the clothing from Sterling after booking him at WMAT DOC.

9.      On December 5, 2021, Affiant telephonically contacted a WMAT PD Sergeant who indicated to the best of his knowledge that both Triston and Sterling were enrolled members of the WMAT.

10.     In Affiant's training and experience, during violent crimes such as that described above, evidence such as hairs, fibers, and bodily substances, including fluid or cells containing DNA, can be transferred from subject to victim and from victim to subject. Affiant is also aware that tape, such as duct tape used in this assault, can retain latent fingerprints from a person who touched the tape. Scientists in crime laboratories are able to analyze and compare known samples of DNA or known fingerprints to blood samples or latent prints obtained from evidence such as clothing, tape, or blood samples recovered from subjects or crime scenes. This evidence and analysis is vital in validating statements made by subjects, victims, or witnesses, and to helping understand what occurred during a crime.

11.     In summary, D.M., with a serious injury to his face, described being kidnapped and assaulted with a knife by Triston and Sterling, WMAT tribal members, on the FAIR at 1779 S. Appaloosa Ave., Whiteriver, Arizona, within the District of Arizona.

4

D.M. provided a known DNA sample, and described leaving behind duct tape used to assault him in the bathroom at the same address. WMAT PD officers described seeing blood and duct tape in the residence as described by D.M., before they departed the scene and booked Triston. Clothes recovered from Triston had what appeared to be blood stains on them. Sterling's clothing matched the description provided by D.M., and he was found to have a knife on his person similar to that described by D.M.

12.     Given the facts just described, Affiant submits that there is probable cause to believe federal crimes have occurred, and that evidence of such crimes are currently located at 1779 S. Appaloosa Ave., Whiteriver, Arizona, and on the persons of Triston Cheney and Sterling Cheney. Search warrants for 1779 S. Appaloosa Ave., Whiteriver, Arizona, and for known DNA and fingerprint samples from Triston Cheney and Sterling Cheney are hereby requested.

13.     Affiant has reviewed the entire contents of this affidavit and declares under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of his knowledge.

Dated: 12/6/2021

Special Agent Scott E. Flake
Federal Bureau of Investigation

Subscribed and sworn to before me this 6 day of December, 2021. 2:26 pm

Honorable Deborah M. Fine
United States Magistrate Judge
District of Arizona

5